IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| | : | |
| vs. | : | CRIMINAL NO. 5:14-CR-55-MTT |
| | : | VIOLATIONS: |
| WAYNE WALKER, | : | 18 U.S.C. 471 |
| | : | |
| DEFENDANT. | : | |

THE GRAND JURY CHARGES:

## COUNT ONE
### Manufacturing Counterfeit Obligations of the United States
### 18 U.S.C. 471

On or about March 1, 2014, in the Middle District of Georgia, the Defendant, **WAYNE WALKER**, with intent to defraud, falsely made forged and counterfeited obligations of the United States, that is, United States Federal Reserve Notes in the denominations of:

Twenty Dollars, serial number JF328878622E;

Five Dollars, serial numbers JC59668690B and JF67254372A;

Ten Dollars, serial numbers JF82723182B;

One Hundred Dollars, serial numbers LF26528024B and AB80136160C; and

Fifty Dollars, serial numbers EL11581208A;

which he knew to be falsely made, forged, and counterfeited.

In violation of Title 18, United States Code, Sections 471.

A TRUE BILL.

*s/Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:
MICHAEL J. MOORE
UNITED STATES ATTORNEY

GRAHAM A. THORPE
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 13th day of August, AD 2014.

_____
Deputy Clerk